# UNITED STATES BANKRUPTCY COURT

## Southern District of Mississippi

Case No.:  14−51192−KMS
Chapter:  13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Irene L Lehane
929 Lime Street
Ocean Springs, MS 39564

Social Security No.:
xxx−xx−4351

Employer's Tax I.D. No.:

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed <u>immediately</u>.

- ☑ **Mailing Matrix** (List containing the name and address of each creditor). *See Fed. R. Bankr. P. 1007(a)*.
- ☐ **Social Security Statement** *(Official Form B 21)*. *See Fed. R. Bankr. P. 1007(f)*.

In the event the missing document(s) is not filed on or before **<u>August 5, 2014</u>**, the case may be dismissed without further notice or hearing.

Dated: 7/29/14

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790