**FIRST AMENDED CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF MISSISSIPPI

U S BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED
2014 AUG 12 PM 4:48
DANNY L. MILLER
CLERK
BY _____ DEPUTY

CASE NO. 14-51192-KMS

Debtor **Irene Louise Lehane**         SS# **xxx-xx-4351**         Median Income __Above  X Below
Joint Debtor_____         SS#_____
Address **929 Lime Street, Ocean Springs, MS 39564**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured/priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

Debtor shall pay the following amounts monthly to the Chapter 13 Trustee:

Months 1-6    $   900.00
Months 7-34   $1,360.00
Months 35-55  $2,500.00
Months 56-60  $2,600.00

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the court as follows:
Internal Revenue Service:       **$5,369.94**
Mississippi Dept. of Revenue    $___0.00
Arizona Dept. of Revenue        $   411.49

**DOMESTIC SUPPORT OBLIGATION** DUE TO:

There are no Domestic Support Obligations due in this case.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

MTG Payments to **Green Tree Servicing** Beginning **September 1, 2014** @**$831.88** paid through the plan.

MTG Arrears to **Green Tree Servicing** through **July 31, 2014**  **$25,000.00** (including interest at **(0.00%)**

Debtor's initials _____         Chapter 13 Plan, Page 1 of 3.

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER THE PLAN TERM:**

Creditor: **NONE**

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(l) until the payment of the debt determined as under non-bankrutpcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|
| CarCash USA | 2003 Dodge Ram 1500 Quad Cab (been in several Accidents) | X | $2,122.84 | 6.0% | Amount Owed |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. §1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| NONE | | | |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TRTMT |
|---|---|---|---|
| NONE | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:

<u>**The plan is a step plan or has lumpsum payments which will pay as follows: $900.00 per month for the first six months, $1,360.00 per month for months 7-34, $2,500.00 per month for months 35-55 and $2,600.00 per month for months 56-60.**</u>

**GENERAL UNSECURED DEBTS** totaling approximately $<u>37,009.17</u>. Such claims must be timely filed and not disallowed to receive payment as follows: <u>X</u> IN FULL (100%) or _ _____%(percent) MINIMUM, or a total distribution of $_____, with the Trustee to

Debtor's initials _BL_                                        Chapter 13 Plan, Page 2 of 3 .

determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the court.**

Total Attorney Fees Charged      $ **$0.00**
Attorney Fees Previously Paid   $ **$0.00**
Attorney Fees to be paid in plan $ **$0.00**

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

American Family Insurance – Luis Gamez
7940 E. Speedway Blvd., Suite 130
Tucson, AZ 85710-1650
(520) 319-8111 – Phone


Date: 8/12/14

Debtor's Signature: _____
Debtor's Address: 929 Lime St.
Ocean Springs, MS 39564
Debtor's Phone #: (228) 832-6170